IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Haqq, Stephanie G

Printed: 12/10/08

Case Number: 07 B 20620
Judge: Hollis, Pamela S

Filed: 11/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,050.00 |  |
| Secured: |  | 6,242.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,242.52 |
| Trustee Fee: |  | 565.19 |
| Other Funds: |  | 0.00 |
| Totals: | 9,050.00 | 9,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 2,242.52 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 25,292.98 | 6,242.29 |
| 5. | Chase Home Finance | Secured | 8,441.78 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 4,076.24 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,058.93 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 35.77 | 0.00 |
| 9. | Nicor Gas | Unsecured | 38.03 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 117.01 | 0.00 |
| 11. | Midwest Physician Group | Unsecured | 34.72 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 182.77 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 2,394.61 | 0.00 |
| 14. | Well Group Health Partners | Unsecured | 40.43 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 12.60 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 78.95 | 0.00 |
| 17. | Accion Chicago | Unsecured | 61.67 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 29.80 | 0.00 |
| 19. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 20. | Allied Waste Industries | Unsecured |  | No Claim Filed |
| 21. | Ameritech | Unsecured |  | No Claim Filed |
| 22. | Cash Loans Today | Unsecured |  | No Claim Filed |
| 23. | Christ Hospital | Unsecured |  | No Claim Filed |
| 24. | Comcast | Unsecured |  | No Claim Filed |
| 25. | Hazel Crest | Unsecured |  | No Claim Filed |
| 26. | Greenspan Optometric Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Haqq, Stephanie G | Case Number: 07 B 20620 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 11/5/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | FCNBD Bank Sucessor, Bank One | Unsecured | | No Claim Filed |
| 28. | H-F Credit Union | Unsecured | | No Claim Filed |
| 29. | Larry Bonner | Unsecured | | No Claim Filed |
| 30. | Matteson School Dist 162 | Unsecured | | No Claim Filed |
| 31. | MB Financial | Unsecured | | No Claim Filed |
| 32. | MCI Residential | Unsecured | | No Claim Filed |
| 33. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 34. | Star Newspaper | Unsecured | | No Claim Filed |
| 35. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 36. | US Bank | Unsecured | | No Claim Filed |
| 37. | South Holland Mitsubishi | Unsecured | | No Claim Filed |
| 38. | St James Hospital | Unsecured | | No Claim Filed |
| 39. | Wow Internet | Unsecured | | No Claim Filed |
| | | | $ 45,896.29 | $ 8,484.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 127.88 |
| 6.5% | 238.44 |
| 6.6% | 198.87 |
| | $ 565.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

